**FILED**

06/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0145

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0145

_____

PUBLIC LAND/WATER ACCESS
ASSOCIATION, INC.,

      Plaintiff and Appellant,

  v.

MARK L. ROBBINS and DEANNA M.
ROBBINS; ROBERT "ROBIN" E. FINK (a/k/a
ROBERT "ROBIN" ELI FINK) and KATHIE         O R D E R
FINK; DAVID D. MURRAY; CLEO BOYCE,
MARY D. BOYCE, DAN BOYCE and LAURA
BOYCE; JOANNE OWENS PIERCE, and the
MARABETH OWENS OSTWALD
REVOCABLE TRUST DATED NOVEMBER 27,
2012; and THE STATE OF MONTANA;
FERGUS COUNTY, MONTANA.

      Defendants and Appellees.

_____

The record was filed for purposes of this appeal on April 15, 2020. Nothing further has been filed, and the opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than July 1, 2020. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 3 2020